FILED
2018 Apr-18 AM 09:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CORY L. ELLIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 7:17-cv-00226-AKK-JHE |
| JUDGE PHIL K. SEAY, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on March 12, 2018, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1)-(2). Doc. 9. Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1)-(2), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted and

for seeking monetary relief from a defendant who is immune from such relief. A Final Judgment will be entered.

**DONE** the 18th day of April, 2018.

                                                      **ABDUL K. KALLON**
                                               UNITED STATES DISTRICT JUDGE